UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$1,126,375.38 IN FUNDS FROM HOMESTEAD SAVINGS BANK ACCOUNT #01–01212470 AND $135,307.11 IN FUNDS FROM HOMESTEAD SAVINGS BANK ACCOUNT #0100039812,

       Defendant.
_____/

Case No. 1:18–cv–00282–RJJ–PJG

Hon. Robert J. Jonker

## NOTICE REGARDING ASSIGNMENT OF CASE

       NOTICE is hereby given that the above-captioned case was filed in this court on March 15, 2018 .   The case has been assigned to Robert J. Jonker .

       CLERK OF COURT

Dated:  March 16, 2018    By:   /s/ N. Stimec_____
                                            Deputy Clerk